# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Darilyn Baker, individually and on behalf of all persons similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) | |
| Autos, Inc., a North Dakota corporation dba "Global Auto"; RW Enterprises, Inc., a North Dakota Corporation, Robert Opperude, an individual; Randy Westby, an individual; and James Hendershot, an individual, | ) ) ) ) ) ) ) | Case No. 4:12-cv-007 |
| Defendants. | ) ) | |

The court held a status conference with the parties on November 21, 2012, by telephone for the purpose of establishing a deadline for service and filing of motions for class certification pursuant to Fed. R. Civ. P. 23. Pursuant to the parties discussions, the court **ORDERS**:

1. Plaintiff shall have until February 1, 2013, to file a motion for class certification;

2. Upon service of plaintiffs' motion, defendants shall have thirty (30 days) to file responses; and

3. Thereafter, plaintiff shall have ten (10) days to file a reply to defendants' responses.

Dated this 21st day of November, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge